# Court of Appeals
# of the State of Georgia

ATLANTA, November 10, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0119.  IN THE INTEREST OF Z. Y. et al., CHILDREN (FATHER).**

On August 30, 2021, the juvenile court entered an order terminating the father's parental rights to his children, Z. Y., A. Y., and J. Y. On October 18, 2021, the father filed this application for discretionary review.

We lack jurisdiction. To be timely, a discretionary application must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, the father filed his application 49 days after entry of the termination order. Because the father's application was untimely filed, we lack jurisdiction and the application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/10/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.